IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROGER D. HALL,

        Plaintiff,

   v.

MAX WILLIAMS, et al.,

        Defendants.

No. 1:11-cv-0493-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). When either party objects to any portion of a Magistrate Judge's Report and Recommendation, the district court makes a de novo determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F. 2d 1309, 1313 (9th Cir. 1981).

    Here, plaintiff has filed objections, so I have reviewed this

1 - ORDER

matter de novo. I agree with Magistrate Judge Clarke that claim preclusion bars plaintiff's claims. Accordingly, I ADOPT the Report and Recommendation.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#26) is adopted. Defendants' motion for summary judgment (#16) is granted. Plaintiff's motion for stay (#24) is denied as moot.

IT IS SO ORDERED.

DATED this 3 day of February, 2012.

*[signature]*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER